UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

ROBERT EARL FOSTER.              )
                                 )
                                 )     CASE NO.: 2:12-CV-4324-MJW
                    Plaintiff,   )
v.                               )
                                 )
DAN WRIGHT, et. al.,             )
                                 )
                    Defendant.   )
_____

# THE PARTIES' JOINT STIPULATIONS

Plaintiff Robert Foster and Defendant Dan Wright hereby jointly file the following stipulations.

1. The Parties agree to stipulate to the foundation for all exhibits that may be introduced at trial.

2. The Parties also agree to stipulate to the admissibility of all the photographs that may be introduced at trial. However, the Parties retain the right to object to certain portions of the remaining exhibits that may be introduced at trial.

3. The Parties have agreed to stipulate that Officer Dan Wright was acting under the color of law during the events described in Plaintiff's Complaint.

4. The Parties have agreed that the events giving rise to Plaintiff's Complaint took place on June 26, 2011.

946734

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Brent Dwerlkotte
Brent Dwerlkotte, Mo #62864
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
dbdwerlkotte@shb.com

**Attorney for Plaintiff**

/s _____
ROBERT J. KREHBIEL #28616
King, Krehbiel & Hellmich, LLC
2000 South Hanley Road
St. Louis, MO 63144-1524
Phone: (314) 646-1110
FAX: (314) 646-1122
E-Mail: rkrehbiel@kkhhb.com

**Attorney for Defendant Dan Wright**

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2014, I filed the foregoing document with the clerk of the court using the court's CM/ECF system, which will serve electronic notice upon all parties of interest.

/s/ Brent Dwerlkotte

**Attorney for Plaintiff**

946734