# VERDICT

**Note:** Complete this form by writing in the names required by your verdict.

On plaintiff Robert Foster's claim against defendant Dan Wright, as submitted in Instruction No. 16, we find in favor of

_____  **Defendant Dan Wright**
(Plaintiff Robert Foster)    or    (Defendant Dan Wright)

**Note:** Complete the following paragraphs only if the above finding is in favor of plaintiff Robert Foster.

We find plaintiff Robert Foster's damages due to be:

$ _____**NONE**_____ (stating the amount of, if none write the word "none").

_Timothy C. McSlade_ (signature)
Foreperson

Dated: 11-13-2014