# UNITED STATES DISTRICT COURT

## Western District of Missouri

*JUDGMENT IN A CIVIL CASE*

ROBERT EARL FOSTER

        Plaintiff,

v.                          Case Number:    12-4324-CV-C-MJW

DAN WRIGHT

        Defendants.

x_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**On plaintiff Robert Foster's claim against defendant Dan Wright, as submitted in Instruction No. 16, we find in favor of Defendant Dan Wright.**

ENTERED ON:  November 13, 2014

                                              ANN THOMPSON
                                              Court Executive

                                              *J. Price*

                                              (By) Deputy Clerk